```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL TAPIA-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0066 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE STATUS** |
| LEONEL TAPIA-MARTINEZ, | ) **CONFERENCE AND EXCLUDE TIME** |
| Defendant. | ) Date  November 4, 2011 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from November 4, 2011, to December 9, 2011, at 9:00 a.m. They stipulate that, for the reasons stated below, the time between November 4, 2011, and December 9, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The defense is investigating a possible challenge to past removal orders in Mr. Tapia's case and is consulting with an expert. Counsel must submit a second request for the audio record

Stipulation and Order                 1

of Mr. Tapia's initial removal proceedings and is also seeking additional records in order to complete this review. The parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 1, 2011        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for Mr. Tapia-Martinez

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: November 1, 2011        /s/ T. Zindel for M. Beckwith
                                MICHELE BECKWITH
                                Assistant U.S. Attorney

**ORDER**

The status conference is continued to December 9, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge