```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    LEONEL TAPIA-MARTINEZ
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:11-CR-0066 GEB
                                   )
13           Plaintiff,            )
                                   )  **STIPULATION AND [PROPOSED]**
14      v.                         )  **ORDER TO CONTINUE STATUS**
                                   )  **CONFERENCE AND EXCLUDE TIME**
15  LEONEL TAPIA-MARTINEZ,         )
                                   )
16           Defendant.            )  Date    February 24, 2012
                                   )  Time:   9:00 a.m.
17  _____    )  Judge:  Garland E. Burrell, Jr.
```

18      The parties hereby stipulate and agree that the status
19 conference in this case may be continued from February 24, 2012, to
20 March 23, 2012, at 9:00 a.m.  The parties further stipulate and
21 agree that, for the reasons stated below, the time between February
22 24, 2012, and March 23, 2012, should be excluded from the
23 calculation of time under the Speedy Trial Act.  The parties agree
24 that the ends of justice are served by the Court excluding such
25 time, so that both counsel may have reasonable time necessary for
26 effective preparation, taking into account the exercise of due
27 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
28 ///

1

The defense seeks additional time for necessary preparation and review. First, the Executive Office of Immigration Review, asked to provide tapes of Mr. Tapia's 1999 removal proceeding, has twice sent defense counsel the wrong tapes. Counsel must obtain and review the correct tapes to determine whether grounds exist to challenge the indictment based on flaws in Mr. Tapia's removal (several possible challenges are suggested by available records). Second, Mr. Tapia's case has proved to be unusually complex because of his mental state combined with a history of victimization in Mexico. Defense counsel is consulting with an immigration attorney to determine whether Mr. Tapia has any chance of obtaining lawful status once his case is concluded.

The parties therefore stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 22, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Tapia-Martinez


BENJAMIN B. WAGNER
United States Attorney

Dated: February 22, 2012  /s/ T. Zindel for M. Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**ORDER**

The status conference is continued to March 23, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 22, 2012

GARLAND E. BURRELL, JR.
United States District Judge