DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONEL TAPIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0066 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| LEONEL TAPIA-MARTINEZ, | |
| Defendant. | Date  March 23, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

The parties hereby stipulate that the status conference in this case may be continued one week to March 30, 2012, at 9:00 a.m. The parties further stipulate and agree that, for the reasons stated below, the time between March 23, 2012, and March 30, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties agree that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1

The defense seeks additional time for necessary preparation and review. Counsel finally received the tape of Mr. Tapia's 1999 removal proceeding but seeks additional time to consider whether to bring a motion challenging Mr. Tapia's past removal (several challenges are suggested by the record). Mr. Tapia's is also unusually complex because of his mental state combined with a history of victimization in Mexico, so counsel is proceeding with caution. The parties stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 22, 2012      /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for Mr. Tapia-Martinez


BENJAMIN B. WAGNER
United States Attorney

Dated: March 22, 2012      /s/ T. Zindel for M. Beckwith
                           MICHELE BECKWITH
                           Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

**ORDER**

The status conference is continued to March 30, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge