BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-11-066 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE AND CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| LEONEL TAPIA-MARTINEZ, aka Leonal Samuel Tapia, aka Leonel Martinez, | |
| Defendant. | |

The parties request that the previously agreed upon briefing schedule and hearing on the defendant's motion to dismiss the indictment be vacated, and that a further status conference be set for June 22, 2012, at 9:00 a.m. so that the parties may either reset the briefing schedule or dispose of the case.

The defendant's motion to dismiss raises complex issues of immigration law, and the government needs additional time to retrieve original evidence related to the underlying 1999 deportation proceeding and to discuss and assess this evidence with government attorneys specializing in immigration. Further, the parties are contemplating a potential resolution of this matter, and defense counsel needs additional time to discuss with

1

his client and immigration expert the potential litigation and immigration risks posed by the proposed resolution.

Although the Speedy Trial Clock is tolled based on the defendant's pending motion, the parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

Dated: May 23, 2012     Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

By: */s/ Michele Beckwith*  
Michele Beckwith  
Assistant U.S. Attorney

Dated: May 23, 2012

*/s/ Timothy Zindel*  
TIMOTHY ZINDEL  
Attorney for Defendant

////  
////  
////  
////  
////  
////

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the previously set briefing schedule and hearing on defendant's motion to dismiss the indictment is vacated. The case is set for a further status conference on June 22, 2012, at 9:00 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the June 22, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge