```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-11-066 GEB |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS UNDERLYING INDICTMENT AND VACATE STATUS CONFERENCE; [PROPOSED] ORDER |
| LEONEL TAPIA-MARTINEZ, aka Leonal Samuel Tapia, aka Leonel Martinez, | |
| Defendant. | |

The government hereby moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment in this case (Dkt. #6) and to vacate the status conference that is currently set for Friday, June 22, 2012 at 9 a.m.

On June 20, 2012, the parties came before United States Magistrate Judge Gregory G. Hollows. The defendant pleaded guilty to a superseding information charging a single misdemeanor violation of 8 U.S.C. § 1325(a) - Avoidance of Examination by Immigration Officers. Consistent with the plea agreement reached by the parties, defendant changed his plea and was sentenced on the same day to credit for time served.

In light of defendant's guilty plea and sentencing on the

superseding information, and pursuant to the provisions of the plea agreement entered by the parties, the government now hereby moves to dismiss the underlying indictment (Dkt. #6).

By previous order, this matter was set for a status conference on June 22, 2012 at 9 a.m. Defendant's guilty plea and sentencing to the superseding information, coupled with dismissal of the Indictment, eliminates the need for the June 22, 2012 status conference or any further proceedings in this matter. The government therefore hereby respectfully requests that the June 22 status conference be vacated and that no further proceedings be scheduled in this case unless and until further order of this court.

Dated: June 21, 2012      Respectfully submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney


                          /s/ Christopher S. Hales
                     By:  CHRISTOPHER S. HALES
                          Special Assistant U.S. Attorney

2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | UPON GOOD CAUSE SHOWN for the reasons stated in the |
| 3 | government's motion, and pursuant to Federal Rule of Criminal |
| 4 | Procedure 48(a), it is hereby ordered that the underlying |
| 5 | indictment in this case (Dkt. #6) is dismissed.  The status |
| 6 | conference scheduled for June 22, 2012, at 9:00 a.m. is hereby |
| 7 | vacated.  No further proceedings will be scheduled in this matter |
| 8 | unless and until further order of this court. |
| 9 | Dated:  June 22, 2012 |

_____
GARLAND E. BURRELL, JR.
United States District Judge